S. D. ADKINSON, MAGGIE ADKINSON, F. O. BOWER AND MRS.
F. O. BOWER, *Appellants*, v. GEORGE HARRELSON AND L.
T. HARRELSON, *Appellees*.

Division B.

Decision Filed November 16, 1927.

*Purl G. Adams* and *W. J. Rice*, for Appellants;

*T. R. James*, for Appellees.

PER CURIAM.—This cause having heretofore been sub-
mitted to the Court upon the transcript of the record of the
order herein, and briefs and argument of counsel for the
respective parties, and the record having been seen and
inspected, and the Court being now advised of its judg-
ment to be given in the premises, it seems to the Court that
there is no error in the said order; it is, therefore, consid-
ered, ordered and adjudged by the Court that the said
order of the Circuit Court be, and the same is hereby
affirmed.

WHITFIELD, P. J., AND TERRELL AND BUFORD, J. J.,
concur.